UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-6174 (L)
(1:24-cv-01782-MSN-WBP)

_____

JUAN ABREU; JUAN MORENO COLINDRES; JUSTIN SAWYER

        Petitioners - Appellees

v.

JEFFREY CRAWFORD, in his official capacity as Director of the ICA-Farmville
Detention Center; RUSSELL HOTT, in his official capacity as Field Office
Director of the Immigration and Customs Enforcement, Enforcement and
Removal Operations Washington Field Office; KRISTI NOEM, in her official
capacity as Secretary of the Department of Homeland Security; PAMELA JO
BONDI, in her official capacity as Attorney General of the United States

        Respondents - Appellants

and

PAUL PERRY, in his official capacity as Warden of the Caroline Detention
Facility

        Respondent

_____

No. 25-6310
(1:24-cv-01782-MSN-WBP)

_____

JUAN ABREU; JUAN ANTONIO COLINDRES; JUSTIN SAWYER

        Petitioners - Appellees

v.

RUSSELL HOTT, in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Washington Field Office; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAMELA JO BONDI, in her official capacity as Attorney General of the United States

        Respondents - Appellants

and

JEFFREY CRAWFORD, in his official capacity as Director of the ICA-Farmville Detention Center; PAUL PERRY, in his official capacity as Warden of the Caroline Detention Facility

        Respondents

_____

RULE 42(b) MANDATE

_____

This court's order dismissing these appeals pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*